## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JASMINE JOHNSON, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Case No. 4:24-cv-783-O |
| § | |
| NATIONSTAR MORTGAGE, LLC DBA § | |
| MR. COOPER, § | |
| § | |
| Defendant. § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED, ADJUDGED,** and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice**.

2. All claims which were, or which could have been brought by the parties therein, are each **DISMISSED with prejudice** to the refiling of the same.

**SO ORDERED** on this **8th day** of **January, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE